**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1775**

MONUMENTAL INVESTMENT CORPORATION,

Plaintiff - Appellee,

versus

JOSEPH ZIADEH,

Defendant - Appellant,

and

BELL CONSTRUCTION COMPANY, INCORPORATED,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-96-936)

Submitted: March 31, 2006          Decided: April 17, 2006

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Ziadeh, Appellant Pro Se. Robert Francis Carney, William Patrick Pearce, WHITEFORD, TAYLOR & PRESTON, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying relief on his "Affidavit and Complaint." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Monumental Inv. Corp. v. Bell Constr. Co., No. CA-96-936 (E.D. Va. June 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED